

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00426-CV

Brandon Joseph **SMART**,
Appellant

v.

**3039 RNC HOLDINGS, LLC**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-04-00100-CVK
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's June 16, 2022 Order on Competing Motions for Summary Judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED May 10, 2023.

_____
Beth Watkins, Justice